FILED

OCT 18 2010

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Juan A. Scott, )
)
    Plaintiff, )
)
v. )   Civil Action No.   10 1757
)
Commissioner of Social Security, )
)
    Defendant. )

## MEMORANDUM AND ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Plaintiff, a District of Columbia resident, sues the "Office of Disability Adjudication and Review," Compl. Caption, for social security benefits. *See id.* at 3. Such an action is properly brought under 42 U.S.C. § 405(g) against the Commissioner of Social Security. Accordingly, it is

ORDERED that the Commissioner of Social Security is substituted as the proper party-defendant; and it is

FURTHER ORDERED that the Clerk shall open this civil action as brought only against the Commissioner of Social Security and randomly assign it to a district judge for further proceedings. A separate Order granting plaintiff's motion to proceed *in forma pauperis* will issue contemporaneously.

_____
United States District Judge

Date: October 12, 2010